**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000014
17-APR-2026
08:22 AM
Dkt. 210 ODMR**

NOS. CAAP-24-0000014 AND CAAP-24-0000015

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


MARK MALAGODI and JANET JOHNSTON, Plaintiffs/Counterclaim
Defendants-Appellees,
v.
CAMERON E. NICE, MARTHA J. JACOBSEN, aka MARTHA J. JACOBSON-
NICE, Defendants/Counterclaimants-Appellants,
and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for
AMERICAN SAVINGS BANK, F.S.B., a Federal Savings Bank,
Defendant-Appellee,
and
JOHN DOES 1-20, JANE DOES 1-20, DOE PARTNERSHIPS 1-20, DOE
CORPORATIONS 1-20, and DOE ENTITIES 1-20, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CCV-22-0000027)


ORDER DENYING MOTION FOR RECONSIDERATION
AND NOTICE OF EX PARTE COMMUNICATION
(By: Nakasone, Chief Judge, Hiraoka, and Guidry, JJ.)

Upon review of self-represented Defendants-Appellants Cameron E. Nice and Martha J. Jacobsen aka Martha J. Jacobsen-Nice's (the **Nices**) "Notice – ICA Judicial Fraud and Mistakes, Misadvertence, Negligence and Fraud by ICA Staff Attorneys"

received by the appellate clerk on April 13, 2026, which is construed as a motion for reconsideration (**Motion**), the papers in support, and the record, it appears that the Nices fail to demonstrate a point of law or fact that the court overlooked or misapprehended in the April 7, 2026 summary disposition order. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

IT IS FURTHER ORDERED that the Nices are instructed to cease engaging in ex parte communications with the court. The attached ex parte communication was received via email on April 8, 2026 from senders who identified themselves as the Nices.

IT IS FURTHER ORDERED that the appellate clerk shall provide a copy of this order to the supreme court clerk.[1]

DATED: Honolulu, Hawaiʻi, April 17, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

---

[1] We take judicial notice that in SCPW-25-0000359, the Hawaiʻi Supreme Court stated the Nices "are ordered to immediately cease sending emails to any judge or justice. Any further email to the court will be considered a violation of this order and may result in sanctions." Nice v. Valenciano, No. SCPW-25-0000359, Dkt. 36, at 17 (Haw. May 13, 2025) (Order).